```
McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-290 WBS |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| JOVANI OJEDA, et al., ) | |
| Defendants. ) | |

    This matter came before the Honorable Lawrence K. Karlton for a status conference on November 9, 2005.  Defendants Ojeda, Flores, Beltran, Garcia, Lopez, Ramirez, Jimenez, Espinoza, Munguia, Villegas and Burgess were all present and represented by counsel.

    The parties indicated that there was still a small amount of discovery to be produced and that the defendants were engaged in reviewing the very large amount of discovery already produced.  The parties asked that the matter be continued to January 18, 2006 for a further status conference and that the time from November 9, 2005 through January 18, 2006, be excluded from the Speedy Trial Act.

/ / /

/ / /

1  Based upon the representations by counsel and the stipulations
2 of the parties, the court set a further status conference for
3 January 18, 2006, at 9:00 A.M. and excluded time under those
4 provisions of the Speedy Trial Act relating to reasonable time to
5 prepare and complexity.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Codes
6 T4 and T2.  The court directed government counsel to prepare a
7 formal order.
8  Therefore, **IT IS HEREBY ORDERED** that:
9  1.  A further status conference is set for January 18, 2006,
10 at 9:00 A.M.
11  2.  Based upon the above representations and stipulation of
12 the parties, the court finds that the ends of justice outweigh the
13 best interest of the public and the defendant in a speedy trial.
14 Accordingly, time under the Speedy Trial Act shall be excluded From
15 November 9, 2005 through January 18, 2006.

17  IT IS SO ORDERED.
18 Date: November 18, 2005

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
SENIOR DISTRICT COURT JUDGE