```
McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
ELLEN V. ENDRIZZI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>     v.                              )<br>                                     )<br> JESUS CASTILLO FLORES,              )<br>                                     )<br>              Defendant.             )<br>_____) | Case. No. CR-S-05-290 WBS<br><br>REQUEST THAT GOVERNMENT MOTION<br>BE FILED UNDER SEAL AND ORDER<br><br><br>Hon. William B. Shubb |

On August 23, 2006, the parties came before this Court for Judgement and Sentencing of defendant Jesus Castillo Flores. In connection with that proceeding, the government submitted to the Court a letter which made a motion on the defendant's behalf pursuant to U.S.S.G. §5K1.1. Due to the sensitive nature of the

///
///
///
///

1

information contained within that letter, the government requests that it be filed under seal.

DATED: September 1, 2006              McGREGOR W. SCOTT
                                      United States Attorney

                                      By:  /s/ Philip A. Ferrari
                                           PHILIP A. FERRARI
                                           Assistant U.S. Attorney

**IT IS HEREBY ORDERED** that:

Good cause being shown, the letter dated August 21, 2006 and submitted by the government on behalf of defendant Jesus Castillo Flores pursuant to U.S.S.G. §5K1.1, shall be returned to the United States Attorney upon the condition that it be made available in the event that it is needed for any appeal or post trial motion.

IT IS SO ORDERED.

Date:  September 5, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2